UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MICHAEL CHANEY,**           **CASE NO.   1:13-cv-199**

   Plaintiff,           Judge Timothy S. Black

-vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

  Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.

Date: January 21, 2014           **JOHN P. HEHMAN, CLERK**

          By: _s/ M. Rogers_
          Deputy Clerk